UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOBER VILLATORO GUERRA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OMNI FAMILY HEALTH,<br><br>Defendant. | Case No. 1:24-cv-01492-JLT-CDB<br><br>ORDER DIRECTING DEFENDANT OMNI FAMILY HEALTH TO FILE NOTICE OF RELATED CASES IN COMPLIANCE WITH LOCAL RULE 123<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE CONSOLIDATED WITH OTHER CLASS ACTIONS PURSUANT TO FED. R. CIV. P. RULE 42(a)<br><br>(Doc. 1)<br><br>**14-DAY DEADLINE** |

On November 4, 2024, Plaintiff Gober Villatoro Guerra ("Plaintiff") initiated this action with the filing of a complaint against Defendant Omni Family Health ("Defendant") on behalf of himself and a putative class of others. (Doc. 1). This is the most recent of numerous similar class action suits brought in this Court against Defendant, either filed directly in this Court or removed from state court. The following non-exhaustive list includes cases currently identified alleging similar allegations on behalf of putative classes against Defendant:

//

//

1

1. *Pace v. Omni Family Health*, 1:24-cv-01277-JLT-CDB, filed October 20, 2024 ("*Pace*");
2. *Aguirre v. Omni Family Health*, 1:24-cv-01361-KES-CDB, filed November 6, 2024 ("*Aguirre*");
3. *Mitchell v. Omni Family Health*, 1:24-cv-01384-JLT-CDB, filed November 12, 2024 ("*Mitchell*");
4. *Abraham, et al. v. Omni Family Health*, 1:24-cv-01456-JLT-CDB, removed November 29, 2024 ("*Abraham*");
5. *Stevenson, et al. v. Omni Family Health*, 1:24-cv-01459-CDB, removed November 29, 2024 ("*Stevenson*");
6. *Sweeten, et al. v. Omni Family Health*, 1:24-cv-01464-CDB, removed December 2, 2024 ("*Sweeten*");
7. *Miranda v. Omni Family Health*, 1:24-cv-01473-KES-CDB, removed December 4, 2024 ("*Miranda*");
8. *Snelson v. Omni Family Health*, 1:24-cv-01480-JLT-CDB, removed December 4, 2024 ("*Snelson*");
9. *Magana v. Omni Family Health*, 1:24-cv-01488-KES-CDB, removed December 6, 2024 ("*Magana*");
10. *Wall v. Omni Family Health*, 1:24-cv-01490-CDB, removed December 6, 2024 ("*Wall*");
11. *Cubit v. Omni Family Health*, 1:24-cv-01491-KES-CDB, filed December 6, 2024 ("*Cubit*"); and
12. *Guerra v. Omni Family Health*, 1:24-cv-01492-JLT-CDB, removed December 6, 2024 ("*Guerra*") (collectively, "identified Omni Actions").[1]

It appears that the class action complaints in these actions allege substantially similar facts and nearly identical causes of action against Defendant. (*See* identified Omni Actions,

---

[1] In at least three of these actions – *Pace*, *Mitchell*, and *Cubit* – Plaintiffs have not filed summonses returned executed and there is no indication on the docket that Omni has appeared.

Doc. 1). From review of the several complaints, it appears these actions arise from a recent, alleged cyberattack resulting in a data breach of sensitive information in the possession and custody and/or control of Defendant (the "Data Breach"). (Doc. 1 ¶ 1). The complaints assert class action allegations and propose similar class and/or subclass definitions. (*See* identified Omni Actions, Doc. 1).

Based on the Court's review of the complaints against Defendant and the substantially similar facts and nearly identical causes of action alleged therein, Defendant's counsel will be directed to file a Notice of Related Cases in accordance with Local Rule 123(b) in this action, the identified Omni Action matters above, and in any other action commenced against Defendant arising from the Data Breach that is or will be filed in or removed to this Court (collectively, the "Omni Actions"). *See* E.D. Cal. Local Rule 123(b) ("Counsel who has reason to believe that an action on file . . . may be related to another action on file (whether or not dismissed or otherwise terminated) shall promptly file in each action and serve on all parties in each action a Notice of Related Cases.").

Further, the Court orders the parties to show cause why the Omni Actions should or should not be consolidated pursuant to Federal Rules of Civil Procedure Rule 42(a). The parties will be directed to file a joint status report indicating their position on consolidation.

**CONCLUSION AND ORDER**

Accordingly, it is HEREBY ORDERED that:

1. Counsel for Defendant Omni Family Health is DIRECTED to file **within 14 days** of the entry of this order either (a) a notice of related cases in this action and in the Omni Actions in compliance with Local Rule 123, or (b) a report indicating why a notice of related cases should not be filed; and

2. The parties are ORDERED to show cause in writing **within 14 days** of entry of this order why the Omni Actions should not be consolidated pursuant to Federal Rules of Civil Procedure Rule 42(a). The parties are directed to comply with this Order by filing a joint report in which the parties set forth their positions regarding consolidation.

IT IS SO ORDERED.

Dated: __December 16, 2024__                          _____
                                                      UNITED STATES MAGISTRATE JUDGE